ALEXANDER SALLEE

*v.*

JULIA A. MORGAN.

ACCOUNTS—*in chancery, should be stated by master.* Where an intricate and complex account is involved in a suit in chancery, the matter should be referred to a master in chancery to take and state the account; and when this is not done, this court will not state it, but reverse the decree, dividing the costs of this court equally between the parties.

APPEAL from the Circuit Court of Scott county; the Hon. CHARLES D. HODGES, Judge, presiding.

This was a bill to foreclose a mortgage, filed by Julia A. Morgan against James Watt and Alexander Sallee. The note described in the mortgage was credited with numerous payments, and was entitled to a great many other credits, so that the computation of the sum due was rendered intricate and complex. The court below found that there was due on the note and mortgage $203.44, and decreed its payment, with costs. The defendant Sallee, alone, appealed.

Messrs. CHAPMAN & HENDERSON, for the appellant.

Mr. WM. W. BERRY, for the appellee.

Mr. JUSTICE MCALLISTER delivered the opinion of the Court:

The appellant presents a record in this cause, upon which error is assigned, where the only matter in controversy is the proper result of an intricate and complex account. There has been no reference to a master, but a mass of figures is embodied, and counsel, in effect, say, we want the Supreme Court to do the labor of stating, making the computations and give us the result, in a written opinion, of such account. We have repeatedly said, that an intricate and complex account is not a fit subject for examination in a court of justice; that counsel can not impose upon us the duties which appropriately belong to a master in chancery.

The decree in this case will be reversed, and the cause remanded, with directions to refer the matter in dispute to a master in chancery, to take and state the account between the parties. The costs in this court will be equally divided between the parties.

*Decree reversed.*